# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiffs, | 8:21CR242 |
| vs. | |
| **LUKAS ALLEN VOGT,** | **ORDER** |
| Defendants. | |

The defendant has filed a Motion to Suppress Statement and Request for Oral Argument and Evidentiary Hearing (Filing No. 44) and a Motion to Suppress Evidence and Request for Oral Argument and Evidentiary Hearing (Filing No. 46). Accordingly,

**IT IS ORDERED:**

1. On or before **February 4, 2022**, the government shall file its brief(s) in opposition to the defendant's motions. See NECrimR 12.3(c).

2. On or before **February 11, 2022**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **February 18, 2022**, the parties shall deliver to the undersigned's chambers via email to nelson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **February 25, 2022, at 10:30 a.m.** Conferencing instructions will be provided under a separate order.

Dated this 21st day of January, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge